Joe Ann HAMILTON; Ernest Hamilton; Allean Brooks, Individually and on Behalf of All Others Similarly Situated; Carolyn Johnson, Individually and on Behalf of All Others Similarly Situated; Kimberly Williams–Thompson, Individually and on Behalf of All Others Similarly Situated; Suzanna L. Brown, Individually and on Behalf of All Others Similarly Situated, Plaintiffs—Appellees

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, Defendant—Appellant.

No. 10–10571.

United States Court of Appeals, Fifth Circuit.

April 27, 2011.

Eric G. Calhoun, Travis & Calhoun, P.C., Dallas, TX, Edward W. Ciolko, Peter A. Muhic, Esq., Barroway, Topaz, Kessler, Meltzer & Check, L.L.P., Radnor, PA, for Plaintiffs–Appellees.

Charles A. Newman, Esq., Michael Joseph Duvall, Esq., Elizabeth T. Ferrick, Esq., Sonnenschein, Nath & Rosenthal, L.L.P., Darci F. Madden, Bryan Cave, L.L.P., St. Louis, MO, Kenneth Chaim Broodo, Gardere Wynne Sewell, L.L.P., Dallas, TX, Richard M. Zuckerman, Esq., Sonnenschein, Nath & Rosenthal, L.L.P., New York, NY, for Defendant–Appellant.

Before JONES, Chief Judge, and BENAVIDES and STEWART, Circuit Judges.

PER CURIAM: [*]

This court recently affirmed the denial of class certification in a suit involving title insurance premium discounts allegedly due under Texas law. *Benavides v. Chicago Title Insurance Co.*, 636 F.3d 699 (5th Cir.2011). Since the present case involves issues similar to those addressed in *Benavides*, we VACATE the district court's class certification order and REMAND for reconsideration in light of *Benavides*.

Without expressing a view on the merits of this case, we also caution plaintiff's counsel to avoid unnecessarily extending this litigation if *Benavides* compels an end to it. *See* 28 U.S.C. § 1927.

VACATED and REMANDED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.